# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 1571

VERSUS

RALPH JONES

**FEBRUARY 14, 2022**

---

In Re:    Ralph Jones, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 189194-2.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

PMc
JEW
MRT

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT